UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                    Case No. 8:10-CR-298-T-30MAP

COURTNEE NICOLE BRANTLEY
_____/

## ORDER

**THIS CAUSE** comes before the Court on [Dkt. 225] Tampa Media Group, Inc.'s Motion to Intervene and for Access to Courtroom.

It is **ORDERED AND ADJUDGED** that Tampa Media Group, Inc.'s Motion to Intervene and for Access to Courtroom [Dkt. 225] is DENIED. Reporters will have the same access as the general public. The trial is open to the public but seating is limited. The Court will have approximately 60 jurors in the courtroom during voir dire and all available seating is necessary to accommodate them. As soon as seating is available, the public, including reporters, may sit in the courtroom. At other times, the proceedings may be viewed by video feed in the overflow area provided.

**DONE** and **ORDERED** in Tampa, Florida on January 8, 2013.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2010\10-cr-298.access225.wpd